## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| HENRY RIANHARD, individually on behalf of himself and all other similarly situated stockholders of ORGANOVO HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR CROUCH, KIRK MALLOY, MARK KESSEL, RICHARD MAROUN, DAVID SHAPIRO, CAROLYN BEAVER, and ORGANOVO HOLDINGS, INC., <br><br> Defendant | C.A. No. 19-cv-1922-MN |

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, on October 15, 2018, Plaintiff Henry Rianhard ("Plaintiff") initiated the above-captioned action (the "Action") by filing a complaint (the "Complaint") against defendants Taylor Crouch, Kirk Malloy, Mark Kessel, Richard Maroun, David Shapiro, Carolyn Beaver, and Organovo Holdings, Inc.;

WHEREAS, no class of Organovo Holdings, Inc. stockholders has been certified, and thus, the dismissal of this Action will not prejudice the interests of other Organovo Holdings, Inc. stockholders;

WHEREAS, no defendant in this Action has answered the Complaint or filed for summary judgment.

NOW, THEREFORE, Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this Action with prejudice. Federal Rule of Civil Procedure 41 allows plaintiffs to voluntarily dismiss an action without court order, subject to Rule 23(e) and any applicable federal statute, by notice of dismissal "before the opposing

party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal without Court order is appropriate here because there is not a certified class under Rule 23, and Defendants have not filed an answer or a motion for summary judgment. See Fed. R. Civ. P. 23(e).

ACCORDINGLY, Plaintiff states as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action; and

2. The Action shall be dismissed with prejudice as to Plaintiff only.

Dated: November 25, 2019

Respectfully submitted,

FARNAN LLP

OF COUNSEL:

LEVI & KORSINSKY, LLP
William J. Fields
Samir Shukurov
55 Broadway, 10th Floor
New York, New York 10006
(212) 363-7500
(212) 363-7171

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*